# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVEED PANJWANI,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ERIC
JOHNSON, DISTRICT JUDGE,
Respondents,
and
ASHLEY MAXWELL,
Real Party in Interest.

No. 69986

FILED

APR 1 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss a complaint for failure to timely serve process.

Having considered petitioner's arguments, we are not persuaded that writ relief is warranted. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Because *Scrimer v. Eighth Judicial District Court*, 116 Nev. 507, 516, 998 P.2d 1190, 1195-96 (2000), recognizes that a balanced and multifaceted analysis is appropriate in determining whether to dismiss a complaint under NRCP 4(i), and because some of the factors set forth in *Saavedra-Sandoval v. Wal-Mart Stores, Inc.*, 126 Nev. 592, 596, 245 P.3d 1198, 1201 (2010), and *Scrimer* support the district court's decision to grant the untimely motion to enlarge the time for service and to deny petitioner's motion to dismiss, the district court did not arbitrarily or capriciously exercise its discretion. *Int'l Game Tech.*, 124 Nev. at 197, 179

16-11864

P.3d at 558; *see Saavedra-Sandoval*, 126 Nev. at 596, 245 P.3d at 1201 (providing that upon a showing of good cause, the district court may enlarge the time for service of process); *Scrimer*, 116 Nev. at 513, 998 P.2d at 1193-94 (explaining that the good-cause determinations under NRCP 4(i) are within the district court's discretion). We therefore

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Eric Johnson, District Judge
      Hawkins Melendrez, P.C.
      Golightly & Vannah, PLLC/Las Vegas
      Eighth District Court Clerk